# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

152747

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TINA MARIE DELL,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF
AMERICA and CITIZENS INSURANCE
COMPANY OF THE MIDWEST,
      Defendants-Appellants.

SC: 152747
COA: 322654
Allegan: 11-048797-NI

_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016

